# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

EMILE RABY

NO. 2024 KW 0265

**JUNE 17, 2024**

---

In Re:   Emile Raby, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 10-86-0762, 01-88-1287.

---

**BEFORE:   GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

**WRIT DENIED AS MOOT.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's application for postconviction relief on November 9, 2022.

JMG
PMc
JEW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT